IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM DONNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:11-0105 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Griffin |
| HAILEY ALDEN, MIKE TYRNER, ) | |
| MIKE WOODS, MURFREESBORO P.D., and ) | |
| RUTHERFORD COUNTY SHERIFF P.C., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On March 23, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted. Moreover, any appeal taken from this ruling would not be in good faith under 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

Enter this 29th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge